**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-1027**

─────────────

JULIA ANN RATLIFF,

Plaintiff - Appellant,

versus

MICHAEL J. ASTRUE, Commissioner of Social
Security,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior
District Judge.  (2:06-cv-00005-GMW)

─────────────

Submitted:  July 11, 2007              Decided:  July 25, 2007

─────────────

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

John P. Bradwell, SHORTRIDGE & SHORTRIDGE, P.C., Abingdon,
Virginia, for Appellant. Michael McGaughran, Regional Chief
Counsel, Nora R. Koch, Supervisory Regional Counsel, Elizabeth A.
Corritore, Special Assistant United States Attorney, SOCIAL
SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; John L.
Brownlee, United States Attorney, Sara Bugbee Winn, Assistant
United States Attorney, Roanoke, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julia A. Ratliff appeals the district court's order denying her motion for summary judgment and granting the Commissioner's motion for summary judgment on her claim for supplemental security income benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ratliff v. Astrue, No. 2:06-cv-00005-GMW (W.D. Va. Dec. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED